IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ZOLTAN TAMAS,

     Petitioner,

v.                              Case No.  4:20cv188-MW/MAF

FIELD OFFICE DIRECTOR
for Miami Field Office,
U.S. Immigration and
Customs Enforcement,
and
WILLIAM P. BARR, in his
official capacity as United
States Attorney General,

     Respondents.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Respondents' Objections to Basis for Report and Recommendation, ECF No. 21, Petitioner's Objections to Report and Recommendation, ECF No. 22, and Petitioner's Response in Opposition to Respondents' Objection. ECF No. 23.

1

Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over the objections of both parties, as this Court's opinion. *Akinwale* and *Fahim* are distinguishable. Petitioner "blocked" nothing. He merely availed himself of legal process. The Clerk shall enter judgment stating, "The petition is **DENIED and the case dismissed."** The Clerk shall also close the file.

**SO ORDERED on August 17, 2020.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**